UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| AISHA PANKEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MUNICIPAL RECORDS, et al., ) <br> ) <br> Defendants. ) <br> ) | 2:11-CV-00695-PMP-GWF <br><br> **ORDER** |

Before the Court for consideration is Plaintiff Aisha Pankey's Application for Leave to Proceed *In Forma Pauperis* and Complaint (Doc. #1), filed May 2, 2011. On August 10, 2011, the Honorable George Foley, Jr., United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #2) recommending that Plaintiff Pankey's Complaint (Doc. #1) should be denied.

On May 2, 2011 the Honorable Magistrate Judge Johnston gave Plaintiff Pankey the opportunity to Amend her Complaint in Case No. 2:11-CV-00407-JCM-RJJ, and she failed to do so. Instead of Amending her Complaint, Plaintiff filed this instant Complaint.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Report of Findings and Recommendation should be Affirmed.

/ / /

**IT IS THEREFORE ORDERED that** Magistrate Judge Foley's Report of Findings and Recommendation (Doc. #2) are Affirmed and Plaintiff Aisha Pankey's Complaint (Doc. #1) is **DISMISSED** with prejudice.

DATED:  August 17, 2011.

PHILIP M. PRO
United States District Judge